1  CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
2  Chris Carson, Esq., SBN 280048
3  Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
(858) 375-7385
5  (888) 422-5191 fax
6  phylg@potterhandy.com
Attorneys for Plaintiff

Cris C. Vaughan (SBN 99568)
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
cvaughan@adasolutionsgroup.com
Attorneys for Defendants
Wah Mei School and Chinh Lap Tran

**GRANTED**
Judge Thomas S. Hixson

**DATED: 10/4/2019**
**Case is dismissed with prejudice. The Clerk may close the file.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>     Plaintiff,<br>v.<br><br>WAH MEI SCHOOL, a California Nonprofit Corporation;<br>CHINH LAP TRAN; and Does 1-10,<br><br>     Defendants. | Case No.: 3:19-CV-01015-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

      Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 04, 2019   CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Lockhart Seabock
         Amanda Lockhart Seabock
         Attorneys for Plaintiff

Dated: October 04, 2019   VAUGHAN & ASSOCIATES

By:   /s/ Chris C. Vaughan
         Cris C. Vaughan
         Attorneys for Defendants
         Wah Mei School and Chinh Lap Tran

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Wah Mei School and Chinh Lap Tran, and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 04, 2019        CENTER FOR DISABILITY ACCESS

                               By:   /s/ Amanda Lockhart Seabock
                                     Amanda Lockhart Seabock
                                     Attorneys for Plaintiff

# PROOF OF SERVICE
# Love v. Wah Mei School
CASE #: 3:19-CV-01015-TSH

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 8033 Linda Vista Road, Suite 200, San Diego, CA 92111

On October 4, 2019 I served the following document(s):

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**

Addressed to:

> **Cris Campbell Vaughan**
> Vaughan & Associates
> 6207 South Walnut Street, Suite 800
> Loomis, CA 95650

- ☐ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☑ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on October 4, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Renuka Patil*
_____
Renuka Patil

PROOF OF SERVICE